## In re William W.P. DIBBERN

[554 A.2d 1047]

No. 88-315

October 11, 1988. The resignation of Attorney William W.P. Dibbern from the Bar of the Vermont Supreme Court is accepted subject to the terms and conditions of A.O. 9, § 14. Judgment that William W.P. Dibbern is removed from the office of attorney and counsellor at law, and his name is stricken from the rolls.

William W.P. Dibbern is reminded that he must comply with A.O. 9, § 16.